IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIDWESTERN GAS TRANSMISSION COMPANY, ) ) ) | |
| Plaintiff, ) ) | Civil No. 3:06-0304 |
| ) | Judge Trauger |
| v. ) ) | |
| 4.43 ACRES IN SUMNER COUNTY, ) TENNESSEE, WILLIAM MCGLOTHLIN, ) and PENNY MCGLOTHLIN, ) ) | |
| Defendants. ) | |

# O R D E R

A hearing was held on October 19, 2009 on the plaintiff's Motion For Sanctions Pursuant to Rule 37 (Docket No. 48), to which the defendants have responded (Docket No. 49). It is hereby **ORDERED** that the plaintiff's Motion For Sanctions is **GRANTED**, and the plaintiff is awarded $300 in attorney's fees, to be paid by the defendants for failure to comply with deadlines and failure to timely file motions to have deadlines extended.

By separate order, due to the delay in the disclosure of the defense expert witness report, this trial, presently scheduled for January 5, 2010, is being reset for August 24, 2010.

It is so **ORDERED**.

ENTER this 20th day of October 2009.

_____
ALETA A. TRAUGER
U.S. District Judge