# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MIDWESTERN GAS TRANSMISSION COMPANY, ) ) ) | |
| Plaintiff, ) ) | Civil No. 3:06-0304 |
| ) | Judge Trauger |
| v. ) ) | |
| 4.43 ACRES IN SUMNER COUNTY, ) TENNESSEE, WILLIAM MCGLOTHLIN, ) and PENNY MCGLOTHLIN, ) ) | |
| Defendants. ) | |

**O R D E R**

This case is set for a jury trial beginning on August 24, 2010. Cases that settle at the last minute wreak great havoc with the court's calendar. It is therefore **ORDERED** that the parties shall file a joint statement by Monday, August 2, 2010, that reflects their best estimate of whether or not this case will settle before trial.

It is so **ORDERED**.

ENTER this 27th day of July 2010.

_____
ALETA A. TRAUGER
U.S. District Judge