IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MIDWESTERN GAS TRANSMISSION COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:06-0304 |
| | ) | Judge Trauger |
| v. | ) ) | |
| 4.43 ACRES IN SUMNER COUNTY, TENNESSEE, WILLIAM MCGLOTHLIN, and PENNY MCGLOTHLIN, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Motion for Jury View filed by the defendants (Docket No. 58) is **GRANTED**, but it was hardly necessary. The procedures governing this entire series of land condemnation cases provides for a jury view of the property shortly after the selection of the jury in each case. The United States Marshal will be transporting the jury to the property.

It is so **ORDERED**.

ENTER this 4th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge