IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MIDWESTERN GAS TRANSMISSION COMPANY | ) ) ) | |
| v. | ) ) | Civil No. 3:06-0304 Judge Trauger |
| 4.43 ACRES IN SUMNER COUNTY TENNESSEE, et al. | ) ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed by August 18, 2010.

ENTER this 6th day of August, 2010.

ALETA A. TRAUGER
U.S. District Judge